**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CASEY H. SUMMERS, INDIVIDUALLY, and As Mother and Next Fried of JASHANTI SUMMERS, AALIYAH ROBINSON, ANDRAS BRIDGES, JANARYA SUMMERS, CAROLYN SUMMERS, and JAKIYAH SUMMERS, all Minors** **PLAINTIFFS**

**v.** **CIVIL ACTION NO.:** 3:20-cv-266-DPJ-FKB

**HINDS COUNTY, MISSISSIPPI, JOEL WILLIAMS, JASON PITTMAN, LOUIS HALL, AND TONY TAYLOR, INDIVIDUALLY, and IN THEIR OFFICIAL CAPAVCITIES as DEPUTIES OF THE HINDS COUNTY SHERIFF'S DEPARTMENT, and JOHN DOES 1-10** **DEFENDANTS**

# NOTICE OF REMOVAL

Come now, Hinds County, Mississippi, Joel Williams, and Louis Hall, by and through counsel, and file their Notice of Removal of this civil action from the Circuit Court of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division. In support of the same, the removing defendants would show unto the Court as follows:

1. The removing defendants have been named as Defendants in a lawsuit filed February 4, 2020, styled: *CASEY H. SUMMERS, INDIVIDUALLY, and as Mother and Next Friend of JASHANTI SUMMERS, AALIYAH ROBINSON, ANDRAS BRIDGES, JANARAYA SUMMERS, CAROLYN SUMMERS, and JAKIYAH SUMMERS, all Minors v. HINDS COUNTY, MISSISSIPP, JOEL WILLIAMS, JASON PITTMAN, LOUIS HALL, AND TONY TAYLOR, INDIVIDUALLY, and IN THEIR OFFICIAL CAPACITIES as*

*DEPUTIES OF THE HINDS COUNTY SHERIFF'S DEPARTMENT, and JOHN DOES 1-10*. The same is now pending in the Circuit Court of the First Judicial District of Hinds County, Mississippi, being cause number 20-79. A copy of the State Court Record in this cause is attached hereto as **Exhibit A** and incorporated herein by reference.

2. Process was served on Hinds County on March 20, 2020 and an answer or responsive pleadings are due on or before April 20, 2020. Thus, the time for removal has not yet expired.

3. At this time, all properly served defendants consent to this removal.

4. Plaintiff's civil action is an action to recover damages for alleged deprivation of rights emanating from the United States Constitution, federal statutes, and under the laws of Mississippi. See e.g., *Complaint,* p. 1.

5. Moving defendants hereby remove this case pursuant to 28 U.S.C. § 1331 as this Court has original jurisdiction over federal questions such as those alleged by the Plaintiffs under the United States Constitution and federal statutes.

6. The United States District Court for the Southern District of Mississippi, Northern Division has jurisdiction over this matter and is the proper venue for this action as the events allegedly giving rise to the suit occurred in Hinds County, Mississippi, and Plaintiff's Complaint was filed in the Circuit Court of the First Judicial District of Hinds County, Mississippi.

WHEREFORE PREMISES CONSIDERED, Defendants, Hinds County, Mississippi, Joel Williams, and Louis Hall pray that this Court accept this Notice of Removal and further pray for any other appropriate relief that this Court deems proper.

**DATE: April 16, 2020.**

Respectfully submitted,

**HINDS COUNTY, MISSISSIPPI, JOEL WILLIAMS, AND LOUIS HALL**

BY: */s/William R. Allen*
One of Their Attorneys

WILLIAM R. ALLEN (MSB #100541)
KATELYN A. RILEY (MSB #105115)
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS 39602-0751
Tel. 601-833-4361
Fax 601-833-6647
wallen@aabalegal.com
kriley@aabalegal.com

**CERTIFICATE**

I, the undersigned, of Allen, Allen, Breeland & Allen, PLLC, one attorneys of record for defendants, Hinds County, Mississippi, Joel Williams, and Louis Hall hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing Notice of Removal to:

Ottowa E. Carter, Jr., Esq.
Ottowa E. Carter, Jr., P.A.
P.O. Box 31
Clinton, MS 39060
oec@ottowacarterlaw.com
*Attorney for Plaintiffs*

This the 16th day of April, 2020.

/s/*William R. Allen*
OF COUNSEL