UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CASEY H. SUMMERS, ET AL.                                                                                PLAINTIFFS

V.                                                                   CIVIL ACTION NO. 3:20-CV-266-DPJ-FKB

JOEL WILLIAMS, ET AL.                                                                                  DEFENDANTS

ORDER

The Clerk is directed to administratively close this civil action. The parties have advised the Court that this case has been resolved, but they need additional time to work out settlement-related details. When appropriate, any party may notify the Court that the case should be re-opened by filing a notice.

**SO ORDERED AND ADJUDGED** this the 27th day of September, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE